# United States Court of Appeals
## For the First Circuit

No. 23-1371

UNITED STATES,

Appellee,

v.

JUAN GUERRERO, a/k/a Pawtucket,

Defendant - Appellant.

**MANDATE**

Entered: December 13, 2024

In accordance with the judgment of November 21, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William Joseph Ferland
Sandra Rae Hebert
Richard B. Myrus
George Joseph West
Lauren S. Zurier